FILED - SOUTHERN DIVISION
CLERK, U.S DISTRICT COURT

APR 13 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Ruben Luis Becerra, <br><br> Defendant. | Case No.: CR09-469-DSF-15 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); <br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Central District/California for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ☒ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on substance abuse history + ongoing, unemployed,

1 | apparent falsehoods concerning living situation, prior
2 | parole/probation violations

and/or

B. (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: extensive criminal history, including violent crimes, current drug abuse

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 4/13/12

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2